UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PATRICK ADAMS,                                              JUDGMENT
                                                            03-CV- 5433(ARR)
                         Plaintiff,

      -against-

NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY,

                         Defendant.
-------------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 19, 2006, granting the defendant's motion for summary judgment; and dismissing plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       May 19, 2006

                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court